UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

OTC SOLUTIONS, LLC; GOLDEN
DRAGON MEDIA, INC. and
PUDONG, LLC,　　　　　　　　）
　　　　　　　　　　　　　　　）
　　　　Plaintiff(s),　　　　　　　）
　　　　　　　　　　　　　　　）　Case No.: 1:10-cv-500
vs.　　　　　　　　　　　　　　）
　　JOHN DOES 1-50　　　　　　）
　　　　　　　　　　　　　　　）
　　　　Defendant(s).　　　　　　）

## DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

PUDONG, LLC _____ who is Plaintiff _____,
　(Name of Party)　　　　　　　(Plaintiff/moving party or defendant)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

　　　( ) Yes　　　　　　(✓) No

2. Does party have any parent corporations?

　　　( ) Yes　　　　　　(✓) No

　If yes, identify all parent corporations, including grandparent and great-grandparent corporations: _____
　_____
　_____

3.  Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    ( ) Yes  (✓) No

    If yes, identify all such owners: _____

    _____

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    ( ) Yes  (✓) No

    If yes, identify entity and nature of interest: _____

    _____

/s/ M. Todd Sullivan                               6/29/10
_____                        _____
        (Signature)                                        (Date)

MDNC (01/03)